[L. A. No. 13590. In Bank.—September 27, 1932.]

NELLE C. DIXON, Respondent, v. WINFIELD EUGENE DIXON, etc., Appellant.

West & McKinney for Appellant.

Hugh A. McNary for Respondent.

THE COURT.—Order denying petition.

The petition for *supersedeas* herein is denied. The basis for the order is that the cause on its merits has been determined. (See *Dixon* v. *Dixon* (L. A. No. 13564) this day decided, *ante*, p. 440 [14 Pac. (2d) 497].)

[L. A. No. 13685. In Bank.—September 27, 1932.]

NELLE DIXON, Respondent, v. WINFIELD EUGENE DIXON, etc., Appellant.